**Steven HOFFER, Plaintiff—Appellant,**

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant—Appellee.**

No. 05–17210.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Filed July 21, 2006.

Charles K. Verhoeven, Esq., Quinn Emanuel Urquhart Oliver & Hedges, LLP,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

San Francisco, CA, for Defendant–Appellee.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

A review of the record and the response to the court's February 24, 2006 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

